<table>
<tr><td>Attorney or Party name, Address, Telephone and FAX Nos, State Bar No. & Email Address<br><br>Law Office of Ripley and Associates, APC<br>Robert W Ripley  51423<br>14440 Civic Drive<br>Bldg A<br>Victorville CA 92392<br>(760) 243-4488  FAX  (760) 245-1029<br>admin@ripleyslaw.com<br><br><br>☐ Debtor appearing without an attorney<br>☑  Attorney for Debtor(s)</td><td>FOR COURT USE ONLY</td></tr>
</table>

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA  Riverside Division

| In re:<br><br>Jeff Allen Erway<br>Tina Louise Erway<br><br><div align="right">Debtor(s)</div> | CASE NO:<br>CHAPTER: 7<hr>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
|---|---|

Debtor(s) provided the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑  I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (Check only ONE box below):

   ☐  **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor'ssocial security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration)*

   ☑  **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _06/30/2017_  Jeff Allen Erway                          Y _____/Signature/_____
                     Printed name of Debtor 1                              Signature of Debtor 1

Declaration of Debtor 2 (joint Debtor)(If applicable)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

2. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☒ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor'ssocial security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration)*

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 06/30/2017   Tina Louise Erway _____   _____
Printed name of Debtor 2   Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

6864     T. ERWAY
      CLAIM EXPIRES     05-05-18       WEEK PAID     06-10-17   $277.00
                                                       06-17-17   $277.00

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS   $5817.00
UNEMPLOYMENT COMPENSATION IS TAXABLE.   A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT.   YOU MAKE A NEW WITHHOLDING
CHOICE ON EACH CLAIM FORM YOU SUBMIT.

------------- ALLOW 10 DAYS FOR DELIVERY OF CHECK ------- DETACH THIS STUB FOR YOUR RECORD -----------

5/12/2017

**PERSONAL AND CHECK INFORMATION**
TINA ERWAY
P.O.BOX 291841
PHELAN, CA 92329

Soc Sec #: XXX-XX-XXXX    Employee ID: 10573
Hire Date: 02/27/17
Status: PT
Filing Status:
Federal: Married, 1
State: CA, Single, 1
Br/Dept: 02/41

Pay Period: 04/22/17 to 05/05/17
Check Date: 05/12/17        Check #: 8

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Net Pay | 0.00 | |

**EARNINGS**

| DESCRIPTION | HRS/ UNITS | RATE | CURRENT ($) | YTD HRS/ UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 88.00 | 18.0000 | 1584.00 | | |
| HOURS WORKED | 88.00 | | | | |
| ADJ EARNINGS | | | 1584.00 | | |
| GROSS EARNINGS | 88.00 | | 1584.00 | | |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 128.47 | |
| OASDI | 98.21 | |
| MEDICARE | 22.97 | |
| STATE W/H CA | 44.52 | |
| STATE SDI CA | 14.26 | |
| TOTAL | 308.43 | |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 1275.57 | |

*Payrolls by Paychex, Inc.*

**0482-U357** REDHORSE CORPORATION ▪ 1370 INDIA STREET, SUITE 200 ▪ SAN DIEGO, CA 92101 ▪ (619) 241-4609 ▪

4/28/2017

**PERSONAL AND CHECK INFORMATION**

TINA ERWAY
P.O.BOX 291841
PHELAN, CA 92329

**Soc Sec #:** XXX-XX-XXXX    **Employee ID:** 10573
**Hire Date:** 02/27/17
**Status:** PT
**Filing Status:**
Federal: Married, 1
State: CA, Single, 1
**Br/Dept:** 02/41

**Pay Period:** 04/08/17 to 04/21/17
**Check Date:** 04/28/17       **Check #:** Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING - 4961 | 1074.06 | 4548.40 |
| **Net Pay** | **1074.06** | **4548.40** |

**EARNINGS**

| DESCRIPTION | HRS/ UNITS | RATE | CURRENT ($) | YTD HRS/ UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 72.00 | 18.0000 | 1296.00 | 296.00 | 5328.00 |
| OVERTIME | | | | 8.00 | 216.00 |
| *HOURS WORKED* | 72.00 | | | 304.00 | |
| *ADJ EARNINGS* | | | 1296.00 | | 5544.00 |
| *GROSS EARNINGS* | 72.00 | | 1296.00 | 304.00 | 5544.00 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 85.27 | 395.08 |
| OASDI | 80.35 | 343.72 |
| MEDICARE | 18.79 | 80.38 |
| STATE W/H CA | 25.87 | 126.53 |
| STATE SDI CA | 11.66 | 49.89 |
| **TOTAL** | 221.94 | 995.60 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 1074.06 | 4548.40 |

*Payrolls by Paychex, Inc.*

**0482-U357** REDHORSE CORPORATION ▪ 1370 INDIA STREET, SUITE 200 ▪ SAN DIEGO, CA 92101 ▪ (619) 241-4609 ▪

**PERSONAL AND CHECK INFORMATION**
TINA ERWAY
P.O.BOX 291841
PHELAN, CA 92329

Soc Sec #: XXX-XX-XXXX    Employee ID: 10573
Hire Date: 02/27/17
Status: PT
Filing Status:
Federal: Married, 1
State: CA, Single, 1
Br/Dept: 02/41

Pay Period: 03/25/17 to 04/07/17
Check Date: 04/14/17      Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING - 4961 | 1225.29 | 3474.34 |
| Net Pay | 1225.29 | 3474.34 |

**EARNINGS**

| DESCRIPTION | HRS/ UNITS | RATE | CURRENT ($) | YTD HRS/ UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 72.00 | 18.0000 | 1296.00 | 224.00 | 4032.00 |
| OVERTIME | 8.00 | 27.0000 | 216.00 | 8.00 | 216.00 |
| HOURS WORKED | 80.00 | | | 232.00 | |
| ADJ EARNINGS | | | 1512.00 | | 4248.00 |
| GROSS EARNINGS | 80.00 | | 1512.00 | 232.00 | 4248.00 |

| WITHHOLDINGS | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | FEDERAL W/H | 117.67 | 309.81 |
| | OASDI | 93.74 | 263.37 |
| | MEDICARE | 21.92 | 61.59 |
| | STATE W/H CA | 39.77 | 100.66 |
| | STATE SDI CA | 13.61 | 38.23 |
| | TOTAL | 286.71 | 773.66 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 1225.29 | 3474.34 |

*Payrolls by Paychex, Inc.*

**0482-U357** REDHORSE CORPORATION ▪ 1370 INDIA STREET, SUITE 200 ▪ SAN DIEGO, CA 92101 ▪ (619) 241-4609 ▪