United States Bankruptcy Court
Central District of California

In re:                                                          Case No. 17-15712-WJ
Jeff Allen Erway                                                Chapter 7
Tina Louise Erway
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6          User: admin          Page 1 of 2          Date Rcvd: Oct 16, 2017
                             Form ID: 318          Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2017.
db/jdb        +Jeff Allen Erway,   Tina Louise Erway,   PO Box 291841,   Phelan, CA 92329-1841
cr            +Harley-Davidson Credit Corp as assignee of Eaglema,   c/o Law Offices of Austin P. Nagel,
               111 Deerwood Rd., Suite 305,   San Ramon, CA 94583-1530
cr            +Nissan Motor Acceptance Corporation,   c/o Stewart, Zlimen & Jungers, Ltd,   2860 Patton Road,
               Roseville, MN 55113-1100
37921136       AC Astra Recovery Service,   733 W 3312,   Wichita, KS 67205
37921144      +CMRE Financial Services, Inc.,   3075 E. Imperial Highway #200,   Brea, CA 92821-6753
37921143      +CMRE Financial Services, Inc.,   3075 East Imperial Highway,   Brea, CA 92821-6753
37921141      +Central Collection Unit Maryland,   45 Calvert Street,   Annapolis, MD 21401-1994
37921146      +Cuna Mutual,   P.O. Box 3185,   Milwaukee, WI 53201-3185
37921148      +Discover,   P.O. Box 51908,   Los Angeles, CA 90051-6208
37921149       Dr. Ben W. Eby, DDS,   4221 Phelan Rd.,   Phelan, CA 92371
37921150      +Dr. Radna Reddy, M.D.,   P.O. Box 788,   Hemet, CA 92546-0788
37921152      +Geico Indemnity Co.,   P.O. Box 2240,   Burlington, NC 27216-2240
37921153      +Harley Davidson Credit Corp.,   Dept. 15129,   Palatine, IL 60055-0001
37921154      +Inland Empire Cardiovascular Consultants,   399 E. Highland Ave.,
               San Bernardino, CA 92404-3808
37921155      +LCA Collections,   P.O.Box 2240,   Burlington, NC 27216-2240
37921156      +Nissan Motor Acceptance Corp.,   P.O. Box 660360,   Dallas, TX 75266-0360
37921157      +San Antonio Radiological Med Grp,   P.O. Box 3070,   Cottonwood, AZ 86326-2589
37921158      +San Antonio Regional Hospital, Inc.,   P.O. Box 843429,   Los Angeles, CA 90084-3429
37921159      +Singulex, Inc.,   Dept CH 19669,   Palatine, IL 60055-0001
37921163      +University of Maryland - University Coll,   3501 University Blvd. East,
               Adelphi, MD 20783-8054

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           EDI: EDD.COM Oct 17 2017 02:13:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
               P.O. Box 826880,   Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM Oct 17 2017 02:13:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
               P.O. Box 2952,   Sacramento, CA  95812-2952
37921137      +EDI: ACBK.COM Oct 17 2017 02:13:00      American Credit Acceptance, LLC,   P.O. Box 204531,
               Dallas, TX 75320-4531
37921138      +EDI: RMSC.COM Oct 17 2017 02:14:00      American Tires,   P.O. Box 965033,
               Orlando, FL 32896-5033
37921140      +EDI: CCS.COM Oct 17 2017 02:13:00      CCS,   P.O. Box 55126,   Boston, MA 02205-5126
37921142       EDI: CITICORP.COM Oct 17 2017 02:14:00      Citi Bank,   P.O. Box 183037,   Columbus, OH 43218
37921139      +EDI: CAPITALONE.COM Oct 17 2017 02:14:00      Capital One Bank (USA) N.A.,   P.O. Box 60599,
               City of Industry, CA 91716-0599
37921145      +EDI: RCSFNBMARIN.COM Oct 17 2017 02:13:00      Credit One Bank,   P.O. Box 60500,
               City of Industry, CA 91716-0500
37921147      +Fax: 7609512034 Oct 17 2017 03:17:46      Desert Valley Hospital,   16850 Bear Valley Road,
               Victorville, CA 92395-5795
37921151      +EDI: BLUESTEM Oct 17 2017 02:14:00      Fingerhut,   P.O. Box 166,   Newark, NJ 07101-0166
37922613      +EDI: PRA.COM Oct 17 2017 02:13:00      PRA Receivables Management, LLC,   PO Box 41021,
               Norfolk, VA 23541-1021
37921160      +E-mail/Text: bankruptcy@speedyinc.com Oct 17 2017 02:18:42      Speedy Cash,
               3611 N. Ridge Road,   Wichita, KS 67205-1214
37921162      +EDI: RMSC.COM Oct 17 2017 02:14:00      Synchrony Bank,   P.O. Box 965033,
               Orlando, FL 32896-5033
37921161      +EDI: RMSC.COM Oct 17 2017 02:14:00      Synchrony Bank,   P.O. Box 965073,
               Orlando, FL 32896-5073
                                                                                   TOTAL: 14

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
                                                                       TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2017                              Signature:  /s/Joseph Speetjens

District/off: 0973-6          User: admin          Page 2 of 2          Date Rcvd: Oct 16, 2017
                             Form ID: 318          Total Noticed: 34

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2017 at the address(es) listed below:
          Austin P Nagel    on behalf of Creditor    Harley-Davidson Credit Corp as assignee of Eaglemark
           Savings Bank melissa@apnagellaw.com
          John P Pringle (TR)    brenfro@rpmlaw.com,  jpp@trustesolutions.net
          Robert W Ripley    on behalf of Joint Debtor Tina Louise Erway bobripley@yahoo.com
          Robert W Ripley    on behalf of Debtor Jeff Allen Erway bobripley@yahoo.com
          United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
          Valerie  Smith    on behalf of Interested Party    Courtesy NEF claims@recoverycorp.com
                                                 TOTAL: 6

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeff Allen Erway** | Social Security number or ITIN | **xxx–xx–2756** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Tina Louise Erway** | Social Security number or ITIN | **xxx–xx–1729** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Central District of California**

Case number:  **6:17–bk–15712–WJ**

## Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jeff Allen Erway

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 10/16/17

Tina Louise Erway

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 2 Discharge Date: 10/16/17

**Dated:** 10/16/17

**By the court:**  Wayne E. Johnson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

18/AUT

For more information, see page 2 >

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---